No. 421. SECOND NATIONAL BANK *v.* FINDLEY, COUNTY TREASURER, ET AL.; and

No. 422. FIRST NATIONAL BANK *v.* FINDLEY, COUNTY TREASURER, ET AL. December 6, 1943. *Per Curiam:* The judgments

are affirmed on the authority of *Aberdeen Bank* v. *Chehalis County,* 166 U. S. 440, 443–6; *Citizens National Bank* v. *Kentucky,* 217 U. S. 443, 451; *Des Moines National Bank* v. *Fairweather,* 263 U. S. 103, 110–12; and *Colorado National Bank* v. *Bedford,* 310 U. S. 41, 52–3. *Mr. George Thornburg* for appellants. *Messrs. Ross Michener, A. G. Lancione,* and *C. C. Sedgwick* for appellees. Reported below: 142 Ohio St. 6, 50 N. E. 2d 157.